DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN MALONEY,**
Appellant,

v.

**LAURA MALONEY,**
Appellee.

No. 4D18-1681

[October 11, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502015DR012309XXXXSB-FX.

Sonja A. Jean and Laura Davis Smith of Davis Smith & Jean, LLC, Coral Gables, for appellant.

Jane Kreusler-Walsh of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Mark Luttier and Jessie Grace Pulitzer of Critton, Luttier & Coleman, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***